UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBIN LATORRE, PATRICIA ANDERSON, and ARKENDIA WILLIAMS individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-CV-11100<br><br>Judge Linda V. Parker<br><br>Magistrate Judge Elizabeth A. Stafford |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Robin LaTorre ("Ms. LaTorre"), Patricia Anderson ("Ms. Anderson"), and Arkendia Williams ("Ms. Williams") (collectively, the "Plaintiffs"), and Defendant General Motors LLC ("GM") (collectively, the "Parties") hereby stipulate to the entry of the proposed Stipulated Dismissal Order, attached as Exhibit A, dismissing with prejudice any and all individual claims raised or that could have been raised by Plaintiffs in the above-captioned action and dismissing without prejudice any and all class claims raised or that could have been raised in the above-captioned action, with each party to bear its or their own fees, expenses, and costs.

1

Dated: 10/31/2019

*/s/ E. Powell Miller*_____
E. Powell Miller (P39487*)*
Sharon Almonrode (P33938)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com

Hassan Zavareei
Annick M. Persinger
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Jeff Ostrow
Daniel Tropin
**KOPELOWITZ OSTROW**
**FERGUSON**
**WEISELBERG GILBERT**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
tropin@kolawyers.com

Jeffrey D. Kaliel
Sophia G. Gold
**KALIEL PLLC**

*/s/ Jerome A. Murphy (with consent)*
Kathleen Taylor Sooy
Jerome A. Murphy
Rachel P. Raphael
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
ksooy@crowell.com
jmurphy@crowell.com
rraphael@vrowell.com

Stephanie A. Douglas
Susan M. McKeever
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
Telephone: (248) 822-7800
Facsimile: (248) 822-7000
douglas@bsplaw.com
mckeever@bsplaw.com

*Counsel for Defendant*

2

1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

*Counsel for Plaintiffs and the Class*